IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

AUG 07 2015

David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| NILZA RAMOS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 5:15-CV-00028 |
| ASI LLOYDS AND JACK WAYNE § | |
| FIELDER, § | |
| *Defendants*. § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff NILZA RAMOS and Defendants ASI LLOYDS AND JACK WAYNE FIELDER's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 7th day of August, 2015.

_____
JUDGE PRESIDING

**AGREED:**

*/s/ Ben Crowell w/p (ink)*

Ben Crowell
State Bar No. 24087360
bcrowell@speightsfirm.com
Speights & Worrich
1350 North Loop, 1604 E., Suite 104
San Antonio, Texas 78232
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
**ATTORNEYS FOR PLAINTIFF**

*/s/ Jay*

Jay Scott Simon
State Bar No. 24008040
Christina A. Culver
State Bar No. 24078388
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299
jsimon@thompsoncoe.com
cculver@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT**